IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARK JASON SEARS**     **PLAINTIFF**

**v.**     **Civil No. 06-3066**

**JIMM ROSS, Berryville
Police Department**     **DEFENDANT**

### O R D E R

Now on this 3rd day of January, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #6, filed November 28, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **dismissed.**

**IT IS SO ORDERED.**

                                                 **/s/Jimm Larry Hendren**
                                                 **HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**